# Order

**Lansing, Michigan**

July 12, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 528

127175

VIRGINIA JOLIET,
      Plaintiff-Appellee,

v

                              SC: 127175
                              COA: 247590

GREGORY E. PITONIAK and FRANK BACHA,
      Defendants-Appellants,
and                                      Wayne CC: 01-140733-CZ

JAMES ARANGO,
      Defendant.
_____

      In this cause, a motion for rehearing is considered and it is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2006
                                                Clerk